DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                NO. 12-06-00248-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

REBECCA HERCHMAN,  §          APPEAL FROM THE
159TH

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

DP SOLUTIONS, INC.,

APPELLEE  §          ANGELINA COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellant has filed a motion to
dismiss this appeal.  In her motion,
which is signed by her attorney, Appellant states that she no longer wishes to
pursue this appeal.  No decision having
been delivered by this Court, the motion is granted, and the appeal is
dismissed in accordance with Texas Rule of Appellate Procedure 42.1(a)(1).

Opinion delivered September 29, 2006.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

(PUBLISH)